## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

Criminal No. 07-CR-00287-WYD

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**1. TUESDAY MARIE OLSON,**

Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

At the request of the Probation Officer;

**IT IS HEREBY ORDERED** that this case is set for a Compliance Review Hearing before the Magistrate Judge in Durango, Colorado on June 29, 2010 at 4:00 p.m.

**DATED: June 22, 2010**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United States Magistrate Judge**