IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No. 07-CR-00287-WYD

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**1. TUESDAY MARIE OLSON,**

Defendant.

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

     Michael Goldman who was appointed to represent the Defendant in this matter for the purposes of the Compliance Review Hearing advised the Court that he believes he would have a conflict in representing the Defendant, therefore;

     **IT IS HEREBY ORDERED** that Steven Wells is appointed to represent the Defendant for the purposes of the Compliance Review Hearing.

**DATED: June 29, 2010.**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United States Magistrate Judge**