UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00287-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2. TUESDAY MARIE OLSON,

        Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

        The hearing on Supervised Release Violation set for **Friday, November 5, 2010, at 9:00 a.m., in courtroom A-1002**, is **VACATED** and **RESET** for **Monday, November 22, 2010, at 9:00 a.m.**

        Dated:  November 1, 2010