UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00287-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. TUESDAY MARIE OLSON,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The hearing on the Supervised Release Violation set for Monday, November 22, 2010 at 9:00 a.m. in courtroom A-1002 is **VACATED** and **RESET** for **Monday, November 22, 2010, at 10:00 a.m.**

    Dated: November 8, 2010