UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00287-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2. TUESDAY MARIE OLSON,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     The hearing on the Supervised Release Violation is **RESET** for **Monday, November 22, 2010, at 10:30 a.m.** in courtroom A-1002.

     Dated:  November 15, 2010